**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

_____

| | | |
|---|---|---|
| 1) PENN-STAR INSURANCE COMPANY, a Pennsylvania corporation | ) ) ) | |
| PLAINTIFF | ) ) ) | |
| v. | ) ) | NO: 2:18-CV-34-BSM |
| 1) HERITAGE HOSPITALITY, INC., an Arkansas corporation; | ) ) ) | |
| 2) TONI FRAZIER INSURANCE AGENCY, LLC an Arkansas limited liability company; | ) ) | |
| 3) M.J. KELLY COMPANY, a Missouri corporation | ) ) | |
| 4) M.J. KELLY OF ARKANSAS, INC., a Missouri corporation; | ) ) | |
| 5) TROY BREEDING, a citizen of the State of Arkansas; | ) ) | |
| 6) GARY BURRIS, a citizen of the State of Arkansas; | ) ) | |
| 7) GLORIA BURRIS, a citizen of the State of Arkansas; | ) ) | |
| 8) DEBRA CAMPBELL, a citizen of the State of Arkansas; | ) ) | |
| 9) NICHOLAS CAMPBELL, a citizen of the State of Arkansas; | ) ) | |
| 10) SONNY HICKS, JR., a citizen of the State of Arkansas; | ) ) | |
| 11) LINDA RAY, a citizen of the State of Arkansas; | ) ) | |
| 12) CHARLOTTE THOMAS, a citizen of the State of Arkansas; | ) ) | |
| 13) LARRY THOMAS, a citizen of the State of Arkansas; and, | ) ) | |
| 14) BOBBY WOODWARD, a citizen of the State of Arkansas | ) ) ) | |
| DEFENDANTS | ) | |

_____

**AND**
_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

_____

| | | |
|---|---|---|
| 1) | PENN-STAR INSURANCE COMPANY, a Pennsylvania corporation | ) ) ) |
| | PLAINTIFF | ) ) ) |
| | v. | ) ) ) |
| 1) | HERITAGE HOSPITALITY, INC., an Arkansas corporation; | ) ) |
| 2) | SAMINA ZAMEER, a citizen of the State of Arkansas | ) ) |
| 3) | TONI FRAZIER INSURANCE AGENCY, LLC an Arkansas limited liability company; | ) ) |
| 4) | M.J. KELLY COMPANY, a Missouri corporation | ) ) |
| 5) | M.J. KELLY OF ARKANSAS, INC., a Missouri corporation; | ) ) |
| 6) | DANA CARLSON, a citizen of the State of Arkansas; | ) ) |
| 7) | APRIL JAMES, a citizen of the State of Arkansas | ) ) ) |
| | DEFENDANT | ) |

NO: 2:19-CV-18-KGB

_____

**STIPULATION AND JOINT MOTION TO DISMISS M.J. KELLY COMPANY**
_____

Comes separate defendant, M.J. Kelly Company, and stipulates that it has no interest whatsoever in Penn-Star insurance Company Policy No. PAV0070513 (10-06-2015 to 03-14-2016).  M.J. Kelly Company also stipulates that it does not have an interest in the outcome of either of the declaratory judgment actions filed by Penn-Star Insurance Company which are identified in the style set out above.

Based upon these stipulations, M.J. Kelly Company and Penn-Star insurance Company jointly moved to dismiss M.J. Kelly Company without prejudice.  It is

specifically noted that M.J. Kelly of Arkansas, Inc. remains a defendant in both cases identified in the style set out above.  The undersigned attorney has permission to inform the Court that all other counsel of record in this case consent to the dismissal of M.J. Kelly Company without prejudice.

    WHEREFORE, M.J. Kelly Company and Penn-Star insurance Company, pray that the court accept the stipulation and dismiss M.J. Kelly Company without prejudice.

    **ANDERSON, MURPHY & HOPKINS, L.L.P.**
DAVID A. LITTLETON, Bar No. 96100
400 West Capitol Avenue, Suite 2400
Little Rock, Arkansas  72201-4851
501-372-1887 (phone)
501-372-7706 (fax)
littleton@amhfirm.com

/s/ David A. Littleton
***Attorneys for M.J. Kelly Company***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2019, I electronically filed the foregoing Stipulation and Joint Motion to Dismiss using the CM/ECF system, which shall send notification of such filing to the following:

Mr. Roger N. Butler, Jr.
SECREST HILL BUTLER & SECREST
7134 South Yale, Suite 900
Tulsa, OK 74136-6360
rbutler@secresthill.com

Mr. Gary B. Rogers / Mr. Todd Wooten
Dover Dixon Horne, PLLC
425 West Capitol Ave., Suite 3700
Little Rock, AR 72201
grogers@ddh-ar.com
twooten@ddh-ar.com

Mr. Lloyd W. "Tre" Kitchens
The Brad Hendricks Law Firm
500 C Pleasant Valley Drive
Little Rock, AR 72227
TKitchens@bradhendricks.com

Mr. Austin H. Easley
Easley & Houseal, PLLC
P.O. Box 1115
Forrest City, AR 72336-1115
austin@ehtriallawyers.com

Mr. Tim Dudley
114 South Pulaski
Little Rock, AR 72201
Todudley@swbell.net

Mr. Ross Noland
Noland Law Firm, P.A.
PO Box 251402
Little Rock, AR 72225
ross@nolandfirm.com

/s/ David A. Littleton