# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**PENN-STAR INSURANCE COMPANY**                                              **PLAINTIFF**

v.                              **CASE NO. 2:18-CV-00034 BSM**

**HERITAGE HOSPITALITY, INC., et al.**                                       **DEFENDANTS**

## ORDER

The joint motion to dismiss defendant M.J. Kelly Company [Doc. No. 30] is granted.

M.J. Kelly Company is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of April 2019.

_____
UNITED STATES DISTRICT JUDGE