IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

PENN-STAR INSURANCE COMPANY                                              PLAINTIFF

v.            CASE NO. 2:18-CV-00034-BSM (lead case)
              CASE NO. 2:19-CV-00018-BSM

HERITAGE HOSPITALITY, INC., *et al.*                                     DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE